NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEE ANTHONY HALL,                          )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D18-5115
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
_____)

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Joseph Bulone,
Judge.

PER CURIAM.

          Affirmed.  See Lee v. State, 847 So. 2d 1142 (Fla. 3d DCA 2003);

Zambuto v. Palm Beach Cnty., 804 So. 2d 355 (Fla. 4th DCA 2001).

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.